IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

In re:

| | | |
|---|---|---|
| JOSEPH CHATFIELD BURST, and | ) | Case No. 3:15-bk-30652 |
| CAROLYN LONG PERRY-BURST, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

### NOTICE OF SALE OF PERSONAL PROPERTY

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the relief requested in this paper, you must file with the clerk of the court at 800 Market St., Suite 330, Knoxville, Tennessee, 37902, an objection within twenty-one (21) days from the date this paper was filed and serve a copy on the movant's attorney, F. Scott Milligan, Little & Milligan, PLLC, 900 E. Hill Avenue, Suite 130, Knoxville, TN 37915. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper and may grant the relief requested without further notice or hearing.

Comes W. Grey Steed, Chapter 7 Trustee, through counsel, and gives notice to creditors and parties in interest of his intent to sell the debtor's personal property pursuant to 11 U.S.C. §363 and Federal Rule of Bankruptcy Procedure 2002 and 6004. In support of sale, the Trustee would show unto the Court as follows:

1. The debtors, Joseph Chatfield Burst and Carolyn Long Perry-Burst, filed a voluntary Chapter 13 case on March 5, 2015. The case was converted to Chapter 7 on May 11, 2015. W. Grey Steed was appointed Chapter 7 Trustee and currently serves in that capacity.

2. The debtors identified in Schedule B household goods and furnishings they valued in the amount of $13,375.00 they were unable to exempt in Schedule C. Additionally, the debtors identified books, home décor, glassware, and artwork and valued that at $4,185.00 that was not exempt. The debtors also identified some jewelry, $1,285.00 of which the debtors valued that was not exempt under Schedule C. The debtors also scheduled sporting equipment valued at $750.00 which they could not

exempt.

3. The debtors and the Trustee have agreed to a sale whereby the debtors would retain their equity interest in the personal property identified in Schedule B and not exempt in Schedule C (not including cash, accounts, or securities). The parties agreed to a payment to the bankruptcy estate of $13,000.00. The Trustee has had the property at issue reviewed by Kenny Phillips of Powel Auction & Realty and believes this is a fair and reasonable offer. The parties further agree that the debtors will pay $4,000.00 upon entry of an order approving the sale and $9,000.00 in twelve equal monthly payments beginning 30 days after said order is entered. No interest shall be charged on said payments.

7. The Trustee believes that the sale described herein is the best and most efficient way to liquidate the debtor's personal property. The Trustee has not had to incur the services of an auctioneer or other professional to achieve this sale.

8. The Trustee requests that the 14 day stay period of Federal Rule of Bankruptcy Procedure 6004(h) be waived for cause.

Respectfully, submitted this 15th day of July, 2015.

/s/ F. Scott Milligan
F. Scott Milligan, BPR. No. 13886
LITTLE & MILLIGAN, PLLC
900 E. Hill Avenue, Suite 130
Knoxville, TN 37915
865-522-3311
Attorney for W. Grey Steed, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2015, a true and correct copy of the foregoing Notice has been served upon the following by electronic mail (ECF).

    Nick. Foster, Attorney for US Trustee
    Michael H. Fitzpatrick, Attorney for Debtor

The following have been served by placing a copy thereof, first class postage prepaid, hand delivery, or facsimile.

    (Joseph C. Burst and Carolyn L. Perry-Burst mailing matrix attached.)

    Joseph & Carolyn Burst
    5916 Grove Park Road
    Knoxville, TN 37918

    /s/ F. Scott Milligan
    F. Scott Milligan

3