IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

In re:

| | | |
|---|---|---|
| JOSEPH CHATFIELD BURST, and | ) | Case No.  3:15-bk-30652 |
| CAROLYN LONG PERRY-BURST, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

ORDER APPROVING SALE OF PERSONAL PROPERTY

On or about July 15, 2015, the Chapter 7 Trustee, W. Grey Steed, filed a Notice of Sale of Personal Property pursuant to 11 U.S.C. §363 and Federal Rules of Bankruptcy Procedure 2002 and 6004.  In the Notice, the Trustee proposed to sell the debtors' non-exempt personal property, including household goods and furnishings, books, home décor, artwork, jewelry, and sporting equipment to the debtors for the purchase price of $13,000.00.  The Notice was served on all creditors and parties in interest.  There being no objections filed to the Trustee's Notice, and it otherwise appearing to the Court that the Notice is proper, it is therefore

ORDERED that the Trustee's sale of the debtors' personal property to the

debtors for the purchase price of $13,000.00 is APPROVED and that the Trustee may receive said amount $4,000.00 due from the debtors upon entry of this Order and the $9,000.00 balance in twelve (12) equal monthly installments, without interest, with the first installment due thirty (30) days from entry of this Order.  It is further ORDERED that the stay period of Federal Rule of Bankruptcy Procedure 6004(h) is waived for cause and this Order be effective upon entry.

    IT IS SO ORDERED.

# # #

APPROVED FOR ENTRY:

/s/ F. Scott Milligan
F. Scott Milligan, BPR. No. 13886
LITTLE & MILLIGAN, PLLC
Suite 130, 900 E. Hill Avenue
Knoxville, TN 37915
865-522-3311
Attorney for W. Grey Steed, Trustee


## CERTIFICATE OF SERVICE

    I hereby certify that on July 15, 2015, a true and correct copy of the foregoing Order has been served upon the following by electronic mail (ECF).

    Nick. Foster, Attorney for US Trustee
    Michael H. Fitzpatrick, Attorney for Debtor

The following have been served by placing a copy thereof, first class postage prepaid, hand delivery, or facsimile.

    (Joseph C. Burst and Carolyn L. Perry-Burst mailing matrix attached.)

    Joseph & Carolyn Burst
    5916 Grove Park Road
    Knoxville, TN 37918

    /s/ F. Scott Milligan
    F. Scott Milligan

2

```
Label Matrix for local noticing          (p)BB AND T                              BB&T
0649-3                                    PO BOX 1847                             900 S. Gay Street, 4th Floor
Case 3:15-bk-30652-SHB                    WILSON NC 27894-1847                    Knoxville, TN 37902-1822
Eastern District of Tennessee
Knoxville
Wed Jul 15 11:33:58 EDT 2015

Joseph Chatfield Burst                    Citi Cards                              Dan Green
5916 Grove Park Road                      PO Box 6004                             8101 Ainsworth Drive
Knoxville, TN 37918-3823                  Sioux Falls, SD 57117-6004              Knoxville, TN 37909-2202


Danny P. Dyer, Esq.                       (p)INTERNAL REVENUE SERVICE             Internal Revenue Service
P.O. Box 1990                             CENTRALIZED INSOLVENCY OPERATIONS       P.O. Box 7346
Knoxville, TN 37901-1990                  PO BOX 7346                             Philadelphia, PA 19101-7346
                                          PHILADELPHIA PA 19101-7346


Kohls                                     Carolyn Long Perry-Burst                Recovery Management Systems Corporation
PO Box 2983                               5916 Grove Park Road                    25 SE 2nd Ave
Milwaukee, WI 53201-2983                  Knoxville, TN 37918-3823                Suite 1120
                                                                                  Miami, FL 33131-1605


Recovery Management Systems Corporation   W. Grey Steed                           U.S. Attorney General
25 S.E. 2nd Avenue, Suite 1120            11167 Kingston Pike, Suite 4            800 Market Street, Ste. 211
Miami, FL 33131-1605                      Knoxville, TN 37934-2857                Knoxville, TN 37902-2342


U.S. Department of Justice                United States Trustee                   eCAST Settlement Corporation assignee of Cit
Tax Div., CTS, Eastern Region             800 Market Street, Suite 114            NA
P.O. Box 227                              Howard H. Baker Jr. U.S. Courthouse     POB 29262
Ben Franklin Station                      Knoxville, TN 37902-2303                New York NY 10087-9262
Washington, D.C 20044-0227
```

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BB&T                                      (d)BB&T                                 (d)Branch Banking & Trust Company
Attn: Bankruptcy Section                  Bankruptcy Section                      Bankruptcy Section/100-50-01-51
PO Box 1847                               PO Box1847                              P.O. Box 1847
Wilson, NC 28174                          Wilson, NC 27894                        Wilson, NC 27894


(d)Branch Banking & Trust Company         Internal Revenue Service                End of Label Matrix
Bankruptcy Section/100-50-01-51           P. O. Box  21126                        Mailable recipients    17
PO Box 1847                               Philadelphia,, PA 19114                 Bypassed recipients     0
Wilson, NC 27894                                                                  Total                  17
```