**SO ORDERED.**
**SIGNED this 18th day of August, 2015**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

In re:

| | |
|---|---|
| JOSEPH CHATFIELD BURST, and ) | Case No. 3:15-bk-30652 |
| CAROLYN LONG PERRY-BURST, ) | Chapter 7 |
| ) | |
| Debtors. ) | |

## ORDER APPROVING FIRST APPLICATION FOR INTERIM COMPENSATION OF F. SCOTT MILLIGAN AND LITTLE & MILLIGAN, PLLC

F. Scott Milligan and Little & Milligan, PLLC filed its First Application for Interim Compensation on or about August 18, 2015. F. Scott Milligan and the firm of Little & Milligan, PLLC requested compensation in the amount of $563.75 and expenses in the amount of $10.46. Based upon the amount of the Application not exceeding $1,000.00, and it appearing that the fees requested and the expenses to be reimbursed are appropriate, the Court finds that the Application should be allowed. Accordingly, the Application for Compensation of F. Scott Milligan and Little & Milligan, PLLC is APPROVED.

The Trustee shall be permitted to pay F. Scott Milligan and Little & Milligan, PLLC the sum of $563.75 for fees and $10.46.

# # #

APPROVED FOR ENTRY:

/s/ F. Scott Milligan
F. Scott Milligan, BPR. No. 13886
LITTLE & MILLIGAN, PLLC
Suite 130, 900 E. Hill Avenue
Knoxville, TN 37915
865-522-3311
Attorney for W. Grey Steed, Trustee


CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2015, a true and correct copy of the foregoing Order has been served upon the following by electronic mail (ECF).

    Tiffany Dilorio, Attorney for US Trustee
    Michael H. Fitzpatrick, Attorney for Debtor

The following have been served by placing a copy thereof, first class postage prepaid, hand delivery, or facsimile.

    Joseph & Carolyn Burst
    5916 Grove Park Road
    Knoxville, TN 37918

    /s/ F. Scott Milligan
    F. Scott Milligan